IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON J. ANDERSON, et al.,            No. CIV S-11-1795-MCE-CMK

       Plaintiffs,

    vs.                            ORDER

GREG ECHOLS, et al.,

       Defendants.

_____/

        Plaintiffs, who are proceeding pro se, bring this civil action for, among other things, determination of ownership interests in the "Stringer Mine." On December 2, 2011, the court set this matter for a continued scheduling conference to be held on January 25, 2012. That order required the parties to submit scheduling conference statements no later than seven days prior to the hearing. To date, no party has filed a scheduling conference statement. Plaintiffs will be directed to show cause in writing within 30 days of the date of this order why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. In the meantime, the continued scheduling conference set for January 25, 2012, is taken off calendar.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The continued scheduling conference set for January 25, 2012, at 10:00 a.m. before the undersigned in Redding, California, is vacated and taken off calendar; and

2. Within 30 days of the date of this order, plaintiffs shall show cause in writing why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders.

DATED: January 24, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE