1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    RON J. ANDERSON, et al.,                     No. CIV S-11-1795-MCE-CMK

12              Plaintiffs,

13         vs.                                      ORDER

14    GREG ECHOLS, et al.,

15              Defendants.

16    _____/

17              Plaintiffs, who are proceeding pro se, bring this civil action for, among other

18    things, determination of ownership interests in the "Stringer Mine."  On December 2, 2011, the

19    court set this matter for a continued scheduling conference to be held on January 25, 2012.  That

20    order required the parties to submit scheduling conference statements no later than seven days

21    prior to the hearing.  To date, no party has filed a scheduling conference statement.  Plaintiffs

22    will be directed to show cause in writing within 30 days of the date of this order why this action

23    should not be dismissed for lack of prosecution and failure to comply with court rules and orders.

24    See Local Rule 110.   In the meantime, the continued scheduling conference set for January 25,

25    2012, is taken off calendar.

26    / / /

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    The continued scheduling conference set for January 25, 2012, at 10:00

3    a.m. before the undersigned in Redding, California, is vacated and taken off calendar; and

4        2.    Within 30 days of the date of this order, plaintiffs shall show cause in

5    writing why this action should not be dismissed for lack of prosecution and failure to comply

6    with court rules and orders.

7

8    DATED:  January 24, 2012

9

10                                          _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26