IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON J. ANDERSON, et al., | No. CIV S-11-1795-MCE-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| GREG ECHOLS, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiffs, who are proceeding pro se, bring this civil action for, among other things, determination of ownership interests in the "Stringer Mine."

      On December 2, 2011, the court set this case for an initial scheduling conference on January 25, 2012, and directed the parties to file scheduling conference statements no later than seven days prior to the hearing. As of January 24, 2012, no scheduling conference statements had been submitted by any party. The court directed plaintiffs to show cause in writing within 30 days why the case should not be dismissed for lack of prosecution and failure to comply with court rules and orders. The January 25, 2012, scheduling conference was vacated.

/ / /

Shortly after the order to show cause was issued, plaintiffs' original scheduling conference statement was received in chambers. The document, however, has not been filed with the Clerk's Office in Sacramento. The parties will be provided an additional opportunity to properly file scheduling conference statements, the scheduling conference will be re-set, and the order to show cause will be discharged. Plaintiffs' original scheduling conference received in chambers will be disregarded.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on January 24, 2012, is discharged;

2. The matter is re-set for an initial scheduling conference on March 14, 2012, at 10:00 a.m. before the undersigned in Redding, California; and

3. The parties shall file status/scheduling conference statements consistent with the court's July 8, 2011, order no later than seven days prior to the continued hearing.

DATED: February 10, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE