IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON J. ANDERSON, et al.,          No. CIV S-11-1795-MCE-CMK

    Plaintiffs,

  vs.                              ORDER

GREG ECHOLS, et al.,

    Defendants.

_____/

Plaintiffs, who are proceeding pro se, bring this civil action for, among other things, determination of ownership interests in the "Stringer Mine." The matter was set for a continued status/scheduling conference on March 15, 2012, before the undersigned in Redding, California. Plaintiffs each appeared pro se. No appearances were made on behalf of either named defendant.[1]

/ / /

---

[1] Defendants Logan end Echols have both been served. Defendant Logan entered a general appearance in the action by way of his pro se answer filed on August 2, 2011. Though this pleading is cursory, it nonetheless suffices as a denial of plaintiffs' claims. See Fed. R. Civ. P. 8(b). Defendant Echols has not responded to the complaint and plaintiffs may proceed to take his default. See Fed. R. Civ. P. 55.

Because defendant Logan, who has appeared in the action, failed to participate in the initial scheduling process by filing a scheduling conference statement, he will be directed to show cause in person on April 11, 2012, at 10:00 a.m. in Redding, California why sanctions should not be imposed. Defendant Logan shall also file a scheduling conference statement no later than seven calendar days prior to this hearing date.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is set for a continued status conference and order to show cause hearing on April 11, 2012, at 10:00 a.m. before the undersigned in Redding, California;

2. Defendant Logan shall appear in person and show cause why sanctions should not be imposed; and

3. Defendant Logan shall file a scheduling conference statement no later than seven calendar days prior to this hearing date.

DATED: March 16, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE