IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON J. ANDERSON, et al., | No. CIV S-11-1795-MCE-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| GREG ECHOLS, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiffs, who are proceeding pro se, bring this civil action for, among other things, determination of ownership interests in the "Stringer Mine." The parties appeared for an order to show cause hearing on April 11, 2012, at 10:00 a.m. before the undersigned in Redding, California. All parties appeared pro se.

    The matter was set to provide defendant Logan an opportunity to show cause why sanctions should not be imposed for his failure to participate in the scheduling process. Good cause appearing therefor, particularly an apparent lack of notice due to some confusion as to what would constitute defendant Logan's appearance in the action, the order to show cause is discharged.

/ / /

1    Currently pending before the court is defendants' motion to dismiss for lack of
2 jurisdiction, set for hearing on May 23, 2012.  Any supplemental points and authorities in
3 support of the motion shall be served and filed no later than April 27, 2012.  Opposition to the
4 motion to dismiss shall be served and filed no later than seven calendar days prior to the May 23,
5 2012, hearing.  Any reply shall be served and filed three calendar days prior to the hearing.  The
6 parties may appear telephonically at the May 23, 2012, hearing.
7    IT IS SO ORDERED.

 DATED: April 11, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE