IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON J. ANDERSON, et al., | No. CIV S-11-1795-MCE-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| GREG ECHOLS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiffs, who are proceeding pro se, bring this civil action for, among other things, determination of ownership interests in the "Stringer Mine."

Plaintiffs seek a continuance (Doc. 30) of the hearing set for May 23, 2012, on defendants' motion to dismiss. See L.R. 230(f). Good cause appearing therefor, and no opposition to the request having been filed, the request is granted. The hearing shall be continued to June 27, 2012, at 10:00 a.m. before the undersigned in Redding, California. Further briefing on defendants' motion shall be governed by Eastern District of California Local Rule 230(c) and (d).

IT IS SO ORDERED.

DATED: May 22, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1