IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON J. ANDERSON, et al., | No. 2:11-CV-1795-MCE-CMK |
| Plaintiffs, | |
| vs. | <u>ORDER</u> |
| GREG ECHOLS, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiffs, who are proceeding pro se, bring this civil action for, among other things, determination of ownership interests in the "Stringer Mine." Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge (ECF Nos. 7, 8, 9, 40, and 42). <u>See</u> 28 U.S.C. § 636(c). This case shall, therefore, be reassigned to a Magistrate Judge for all further proceedings and entry of final judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to reassign this case to the Honorable Craig M. Kellison as the presiding judge; and

2. The caption on all documents filed in the reassigned case shall show case number 2:11-CV-1795-CMK.

Dated: August 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

I am the United States Magistrate Judge currently assigned to this case. I accept reassignment of this case for all further proceedings, including entry of final judgment, by myself or such other Magistrate Judge as may be assigned.

DATED: August 24, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE