IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON J. ANDERSON, et al., | No. 2:11-CV-1795-CMK |
|     Plaintiffs, | |
|  vs. | ORDER |
| GREG ECHOLS, et al., | |
|     Defendants. | |
| _____/ | |

        Plaintiffs, who are proceeding pro se, bring this civil action for, among other things, determination of ownership interests in the "Stringer Mine." On December 20, 2012, defendants filed a motion for summary judgment, noticed for hearing before the undersigned on January 9, 2013. Defendants are hereby notified pursuant to Eastern District of California Local Rule 230(a) that the motion is defectively noticed because the hearing date is less than 28 days from the date of filing of the motion. Given the defect, the January 9, 2013, hearing date is vacated. Defendants shall file and serve a new notice of motion setting forth a proper hearing date. Defendants may obtain available hearing dates by contacting the court's Courtroom Deputy. Failure to file a new notice of motion with a proper hearing date within 20 days of the date of this order will result in termination of the motion as a pending matter on the court's

1  docket.  See Local Rule 110.
2          Accordingly, IT IS HEREBY ORDERED that the January 9, 2013, hearing is
3  vacated.

5  DATED: January 2, 2013

            _____
            **CRAIG M. KELLISON**
            UNITED STATES MAGISTRATE JUDGE